# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,)
)
                   Plaintiff,    )    Case No. 2:11-cv-01104-GMN-PAL
)
vs.                               )    **ORDER**
)
DENNIS LYON, *et al.,*            )
)
                   Defendants. )

       The court conducted a status and dispute resolution conference on March 12, 2012. Mark Rosencrantz appeared telephonically on behalf of the Plaintiff, and Jeffrey Cogan appeared on behalf of the Defendants. The court considered and reviewed the parties' Joint Status Report (Dkt. #47), Supplemental Joint Status Report (Dkt. #48) and Amended Supplement to Joint Status Report (Dkt. #49).

       Counsel for Defendants served counsel for Plaintiff with a supplemental document production March 2, 2012, and March 9, 2012. Additionally, Defendants traveled to New Mexico to obtain further responsive documents. Counsel for Defendants expected his client to return to Las Vegas this week to confer to respond to a second set of overdue discovery responses.

       Counsel for Plaintiff has not had the opportunity to review the supplemental document disclosures, and indicated that he has received unverified responses to requests for admissions, but has still not received responses to the second set of interrogatories and requests for production of documents which are overdue. No depositions have been taken because of Defendants' failure to respond to outstanding discovery.

       Given the parties' representations, the court will continue this matter for a status and dispute resolution conference and reserve ruling on Plaintiff's request for severe sanctions. In determining

whether, and if so, what sanctions are appropriate, the court will consider the efforts made by the Defendants to provide full and complete responses to Plaintiff's discovery.

**IT IS ORDERED** that:

1. A status and dispute resolution conference is set for **Tuesday, April 3, 2012, at 9:45 a.m.**

2. The parties shall submit a joint status report no later than **Friday, March 30, 2012, at 4:00 p.m.**, which updates the parties' progress in obtaining the overdue discovery from the Defendants. The status report shall also indicate whether the parties have any additional outstanding discovery disputes with sufficient specificity to enable the court to resolve their disputes without further formal briefing.

Dated this 13th day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge