# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC, )<br>    )<br>                    Plaintiff, )<br>    )<br>vs. )<br>    )<br>DENNIS LYON, et al., )<br>    )<br>                    Defendants. )<br>_____) | Case No. 2:11-cv-01104-GMN-PAL<br><br>**ORDER**<br><br>(Mtn for Status Conference - Dkt. #62) |

This matter is before the court on Plaintiff Alutiiq International Solutions, LLC's Request for Status and Dispute Resolution Conference (Dkt. #62) filed April 24, 2012.

On April 3, 2012, the court held a status conference concerning Defendant Dennis Lyon's compliance with certain discovery obligations. *See* Minutes of Proceedings (Dkt. #57). The court heard representations from counsel, directed the parties to meet and confer, and ordered Defendant Lyon to submit to a telephonic deposition and identify the location of documents responsive to Plaintiff's outstanding discovery requests.

The Motion represents that pursuant to the court's Order (Dkt. #57), Plaintiff deposed Defendant Lyon. Plaintiff submits that Defendant Lyon's responses during the deposition illustrate that case-dispositive sanctions should be entered against Defendant Lyon for his failure to cooperate with the discovery process.

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. Plaintiff's Motion for Status Conference (Dkt. #62) is GRANTED.

2. A status and dispute resolution conference is scheduled for **May 10, 2012, at 8:45 a.m.**

/ / /

3. The parties shall submit a joint status report no later than **May 8, 2012, at 4:00 p.m.** outlining the nature of the parties' dispute(s) and their respective positions with sufficient specificity to allow the court to resolve the dispute(s) without the need for further formal briefing.

Dated this 27th day of April, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE